UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPCOM POWER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CSUN SOLAR, INC., et al., <br><br> Defendants. | Case No. 18-cv-00729-JST <br><br> **ORDER DENYING WITHOUT PREJUDICE MOTION TO MODIFY PRELIMINARY INJUNCTION** <br><br> Re: ECF No. 117 |

Sunergy California, LLC has filed an "agreed" motion to modify the Court's preliminary injunction. ECF No. 117. Although the motion represents that the parties have agreed to the modifications, neither the motion nor the accompanying declaration are signed by Plaintiff DEPCOM Power, Inc. ECF Nos. 117, 117-1.

The Court will deny the motion without prejudice. The parties may file a joint stipulation to modify the injunction, at which time the Court will take the request under consideration.

**IT IS SO ORDERED.**

Dated: August 13, 2019

_____
JON S. TIGAR
United States District Judge