1 | BRADLEY ARANT BOULT CUMMINGS LLP
T. Parker Griffin, Admitted *Pro Hac Vice*
J. Mark Adams, Jr., Admitted *Pro Hac Vice*
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: 205-521-8000
Email: pgriffin@bradley.com
Email: madams@bradley.com

FINESTONE HAYES LLP
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email: jhayes@fhlawllp.com
Email: rwitthas@fhlawllp.com

Counsel for Judgment Creditor,
DEPCOM Power, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEPCOM POWER, INC., a Delaware corporation,<br><br>Plaintiff and Judgment Creditor,<br><br>vs.<br><br>CSUN SOLAR, INC., a California corporation, and CHINA ELECTRIC EQUIPMENT GROUP CO. LTD., a Chinese entity,<br><br>Defendants and Judgment Debtors,<br>and<br><br>SUNERGY CALIFORNIA LLC,<br><br>Intervenor and Alleged Alter Ego. | Case No. 4:18-cv-00729-JST (JCS)<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE DISCOVERY SANCTIONS**<br><br>Hearing:<br>Date: November 22, 2019<br>Time: 9:30 AM<br>Place: 450 Golden Gate Ave.<br>Floor 15, Courtroom G<br>San Francisco, CA 94102 |

ORDER TO SHOW CAUSE RE DISCOVERY SANCTIONS

On October 8, 2019, the Court entered its Order Following Discovery Hearing (the "Order"). ECF 128. The Order required China Sunergy (US) Clean Tech Inc. ("CSUN Clean Tech") to comply with DEPCOM Power, Inc.'s ("DEPCOM") subpoena dated August 6, 2019 (the "Subpoena"), and to produce documents required by that subpoena on or before October 25, 2019.

On October 30, 2019, DEPCOM filed its Notice of Noncompliance with Order Following Discovery Hearing (ECF 128) and Request for Entry of Order to Show Cause re Discovery Sanctions (the "Request for OSC"). The Court, having read and considered the Request for OSC and the supporting declaration, and upon due consideration and good cause appearing, the Court hereby orders as follows:

1. CSUN Solar is ordered to show cause on **November 22, 2019, at 9:30 AM, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA, 94102**, why they should not be held in contempt of Court, and be subject to other sanctions including but not limited to attorneys' fees and costs, for its failure to comply with the Order.

2. Plaintiff is **ORDERED** to serve a copy of this order on CSUN Solar in the manner provided under the Federal Rule of Civil Procedure within seven (7) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: November 6, 2019

JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE

ORDER TO SHOW CAUSE RE DISCOVERY SANCTIONS 1